IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:17-cv-444-WO-JLW

| | |
|---|---|
| UN4 PRODUCTIONS, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DOES 1-12, | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-2, 4-7 AND 9-12

Plaintiff, UN4 Productions, Inc., by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified in Exhibit C to the Complaint as Does 1-2, 4-7 and 9-12.

The case remains pending against Does 3 and 8.

Dated this 16th day of November, 2017.

                                            /s/ Kathleen Lynch            .
                                            Kathleen M. Lynch
                                            NC State Bar No. 37429
                                            Lynch Van Sickle, PLLC
                                            201 Shannon Oaks Circle
                                            Suite 200
                                            Cary, NC 27511
                                            Telephone: (919) 469-5685
                                            Email: kml@lynchvansickle.com

                                            *Attorney for UN4 Productions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 16th of October, 2017 she electronically filed the foregoing "Notice of Dismissal of Does 1-2, 4-7 and 9-12" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/ Kathleen M. Lynch
Kathleen Lynch
N.C. Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorney for Plaintiff*

2